Larry D. Simons
larry@lsimonslaw.com
**CHAPTER 7 TRUSTEE**
3610 Central Avenue, Suite 400
Riverside, California 92506
Telephone: 951.686.6300
Facsimile: 951.742.4733

FILED & ENTERED

DEC 07 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Oreig         DEPUTY CLERK

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>HALO SPORTS BAR AND GRILL, INC.,<br><br>Debtor. | Case No. 6:15-bk-14566 SC<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR AN ORDER (1) AUTHORIZING SALE OF ESTATE'S RIGHT AND INTEREST IN JUDGMENT AGAINST CITY OF HESPERIA; (2) APPROVING OVERBID PROCEDURES; AND (3) FINDING PURCHASER IS A GOOD FAITH PURCHASER**<br><br>DATE:  December 1, 2020<br>TIME:   11:00 a.m.<br>PLACE: Courtroom 126<br>3420 Twelfth Street<br>Riverside, CA 92501 |

Larry Simons, the Chapter 7 trustee (the "Trustee") for the bankruptcy estate of Halo Sports Bar and Grill, Inc. (the "Debtor"), filed a motion pursuant to 11 U.S.C. §§ 363(b) and (m) Rule 6004(a) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 9013-1, for an order (1) authorizing the sale of the estate's right and interest in a judgment against the City of Hesperia; (2) approving the overbid procedures proposed herein; and (3) finding that the purchaser is a good faith purchaser (the "Motion").

The Motion came on for a regularly, scheduled hearing at the date and time stated above, the Honorable Scott C. Clarkson, United States Bankruptcy, presiding. The Trustee appeared on his own behalf.  Other appearances were as noted in the record.

1

The Court, having considered the Motion, the supporting declarations and exhibits; having not received an opposition to the Motion; having approved the proposed overbid procedures set forth in the Motion and presiding over a live auction during the hearing, and good cause appearing,

**IT IS HEREBY ORDERED that:**

1. The Motion is granted;

2. The sale of the judgment against the City of Hesperia as defined in the Motion (the "Judgment") to Rockpile Capital, LLC (the "Purchaser") pursuant to 11 U.S.C. § 363(b) for the sum of $11,000.00 on the same terms and conditions as set forth in the Motion, is approved;

3. Trustee is authorized to sell the Judgment to Baker Recovery Services as a back-up purchaser for $10,500.00 in the event that Rockpile Capital, LLC is unwilling or unable to consummate the sale;

4. The Purchaser purchased the Judgment in "good faith," as defined in 11 U.S.C. § 363(m);

5. The Trustee is authorized and empowered to execute and deliver on behalf of the Estate any and all documents as reasonably necessary to implement the terms of the sale;

6. The 14 day stay prescribed by Rule 6004(h) of the Federal Rules of Bankruptcy Procedure is waived.

**IT IS SO ORDERED.**

###

Date: December 7, 2020

Scott C. Clarkson
United States Bankruptcy Judge